## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SPARTAN TOOL, L.L.C., a Delaware Limited Liability Company, ) ) ) | |
| Plaintiff, ) ) | Case No. 07 C 5508 |
| v. ) ) | Judge Samuel Der-Yeghiayan |
| TERRY EDWARDS, an Individual, ) ) ) ) | |
| Defendant. ) | |

### PLAINTIFF'S MOTION FOR ENTRY OF A MEMORANDUM OF JUDGMENT

NOW COMES Plaintiff, Spartan Tool, L.L.C. ("Spartan"), by and through its attorneys, McGuireWoods LLP, and respectfully requests that this Court enter a Memorandum of Judgment. In support of its Motion, Spartan states as follows:

1. On February 17, 2010 this Court entered a Memorandum Opinion awarding Spartan $12,106.80 in attorneys' fees.

2. Spartan plans to record the Memorandum of Judgment against property owned by defendant Terry Edwards in Bureau County, Illinois.

3. Bureau County, Illinois requires a Memorandum of Judgment, in the form attached hereto, in order to record a judgment against property in that county.

WHEREFORE, Plaintiff, Spartan Tool, L.L.C., respectfully requests that this Court enter the attached Memorandum of Judgment awarding Spartan $12,106.80 in attorney's fees

Dated: June 22, 2010                       Respectfully submitted,

                                           SPARTAN TOOL, L.L.C.


                                           By:___/s/ Keith A. Dorman_____
                                                    One of Its Attorneys

Keith A. Dorman (kdorman@mcguirewoods.com)
Christine C. Kommer (ckommer@mcguirewoods.com)
McGuireWoods LLP
77 West Wacker Drive, Ste. 4100
Chicago, Illinois 60601
T: (312) 848-8100
F: (312) 849-3690

**CERTIFICATE OF SERVICE**

      I, Keith A. Dorman, an attorney, hereby certify that on this 22nd day of June, 2010, I caused a true and correct copy of the foregoing *Plaintiff's Motion for Entry of Memorandum of Judgment* to be filed electronically with the Clerk of Court using the Court's ECF system which will send notification of such filing to all counsel of record.

                                                                          /s/ Keith A. Dorman

\11241776.1