IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SPARTAN TOOL, L.L.C., a Delaware Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 5508 |
| v. | ) ) | Judge Samuel Der-Yeghiayan |
| TERRY EDWARDS, an Individual, | ) ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF A**
**CORRECTED MEMORANDUM OF JUDGMENT**

NOW COMES Plaintiff, Spartan Tool, L.L.C. ("Spartan"), by and through its attorneys, McGuireWoods LLP, and respectfully requests that this Court enter a Corrected Memorandum of Judgment. In support of its Motion, Spartan states as follows:

1. On June 28, 2010 this Court entered a Memorandum of Judgment memorializing the February 17, 2010 Memorandum Opinion awarding Spartan $12,106.80 in attorneys' fees.

2. On June 30, 2010 Counsel for Defendant informed me of a typographical error in the first sentence of the Memorandum of Judgment. The year 2010 was inadvertently transposed to 2001. I apologize to the Court for this error and have corrected this typographical error on the attached Memorandum of Judgment.

3. Spartan plans to record the Memorandum of Judgment against property owned by defendant Terry Edwards in Bureau County, Illinois.

4. Bureau County, Illinois requires a Memorandum of Judgment, in the form attached hereto, in order to record a judgment against property in that county.

1

WHEREFORE, Plaintiff, Spartan Tool, L.L.C., respectfully requests that this Court enter the attached Corrected Memorandum of Judgment awarding Spartan $12,106.80 in attorney's fees.

Dated: July 7, 2010

Respectfully submitted,

SPARTAN TOOL, L.L.C.

By: /s/ Keith A. Dorman
One of Its Attorneys

Keith A. Dorman (kdorman@mcguirewoods.com)
Christine C. Kommer (ckommer@mcguirewoods.com)
McGuireWoods LLP
77 West Wacker Drive, Ste. 4100
Chicago, Illinois 60601
T: (312) 848-8100
F: (312) 849-3690

# CERTIFICATE OF SERVICE

      I, Keith A. Dorman, an attorney, hereby certify that on this 7th day of July, 2010, I caused a true and correct copy of the foregoing *Plaintiff's Motion for Entry of a Corrected Memorandum of Judgment* to be filed electronically with the Clerk of Court using the Court's ECF system which will send notification of such filing to all counsel of record.

                                                  /s/ Keith A. Dorman

\12535550.1